UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL PETERSON and TONI PETERSON,

        Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

No. C 13-3392 MEJ

**ORDER VACATING HEARING RE: MOTION TO REMAND**

Pursuant to Civil Local Rule 16-8 and Alternative Dispute Resolution Local Rule 2-3, this foreclosure-related action has been referred to the ADR Unit for a telephone conference for possible settlement of the matter. The parties have now participated in three conferences and negotiations appear ongoing. Accordingly, the October 24, 2013 hearing on Plaintiffs' motion to remand is VACATED pending resolution of this ADR process.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
Maria-Elena James
United States Magistrate Judge