UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL PETERSON and TONI PETERSON,<br><br>            Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant.<br>_____/ | No. C 13-3392 MEJ<br><br>**ORDER RE: CASE STATUS** |

On August 13, 2013, the Court vacated the scheduled October 24, 2013 Case Management Conference in this case and referred the parties to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 12. The case was subsequently referred to mediation. Dkt. No. 23. Having reviewed the parties' October 18 Joint Case Management Conference Statement (Dkt. No. 25), the Court finds it unnecessary to schedule any pretrial and trial deadlines pending the outcome of the mediation process. Accordingly, the parties shall file an updated status report within 14 days of completion of mediation.

**IT IS SO ORDERED.**

Dated: October 21, 2013

                                                      _____
                                                      Maria-Elena James
                                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California