UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 13-cv-03392-MEJ<br><br>**ORDER RE: CASE STATUS** |

On February 12, 2014, Plaintiffs filed a notice stating that settlement negotiations in this matter have failed and requesting the Court return Plaintiffs' Motion to Remand to the Court's calendar. Dkt. No. 31. As the jurisdictional issue addressed in Plaintiffs' Motion is currently under consideration by the Ninth Circuit in an appeal entitled *Rouse v. Wachovia Bank, FSB*, Ninth Circuit Docket No. 12-55278, the Court finds it appropriate to stay any decision pending the outcome of *Rouse*. Accordingly, the Court declines Plaintiffs' request. The parties shall file a joint status report within 30 days of the Ninth Circuit's ruling in *Rouse*.

    **IT IS SO ORDERED.**

Dated: February 12, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge