UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSON, et al.,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 13-cv-03392-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on July 17, 2014. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge