UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 13-cv-03392-MEJ <br><br> **ORDER RE: CHAMBERS COPIES** <br><br> Re: Dkt. Nos. 65-68 |

On May 13, 2015, Plaintiffs filed an Opposition and supporting documentation. Dkt. No. 65-68. No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. Plaintiffs shall immediately submit a chambers copy of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

**IT IS SO ORDERED.**

Dated: May 19, 2015

_____ <br>
MARIA-ELENA JAMES <br>
United States Magistrate Judge